THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jeremy Maurice Batts, Appellant.
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2012-UP-139
 Submitted February 1, 2012  Filed
February 29, 2012    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle Cantey DuRant, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Solicitor Daniel E. Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Jeremy Maurice Batts appeals his
 convictions for assault and battery with intent to kill (ABWIK); assault with
 intent to kill (AWIK); criminal domestic violence (CDV), second-offense;
 discharging a firearm into an occupied vehicle; and use of a firearm during the
 commission of a crime, arguing his guilty plea was not knowingly and voluntarily
 entered into because he was prejudiced by statements made at sentencing by the
 investigating officer.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's
 motion to be relieved.
APPEAL
 DISMISSED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.